AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations                                                                                 #10019

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **TEMEKA L. BRADLEY** | |

CASE NUMBER: **CR 08-00297-KD**
USM NUMBER: **10686-003**

**THE DEFENDANT:**                                                   Sidney Harrell, Jr.
                                                                                  **Defendant's Attorney**

(X)   admitted guilt to violation of supervision condition(s):   Conditions #2, #6
( )   was found in violation of supervision condition(s): _____

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Condition #2 | Technical | |
| Condition #6 | Technical | |

The defendant is sentenced as provided in pages 2 through **4** of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

                                                                                  March 12, 2010
**Defendant's Residence Address:**                          Date of Imposition of Judgment
    5936 Parkview Drive
    Mobile, AL  36613


                                                                                  s/ Kristi K. DuBose
                                                                                  UNITED STATES DISTRICT JUDGE


                                                                                  March 16, 2010
                                                                                  Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: **TEMEKA L. BRADLEY**
Case Number: **CR 08-00297-KD**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of   **THREE (3) MONTHS**  .

( )   The court makes the following recommendations to the Bureau of Prisons:

(X)   The defendant is remanded to the custody of the United States Marshal.

( )   The defendant shall surrender to the United States Marshal for this district:
  ( )   at ___ .m. on ___ .
  ( )   as notified by the United States Marshal.

( )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ( )   before 2 p.m. on ____ .
  ( )   as notified by the United States Marshal.
  ( )   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　　　　　　　　   UNITED STATES MARSHAL   

　　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy U.S. Marshal

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations:  Sheet 3 - Supervised Release

Defendant:  **TEMEKA L. BRADLEY**
Case Number:  **CR 08-00297-KD**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of   **THIRTY-THREE (33) MONTHS.**
**The Court re-imposes all the original and special conditions that were initially imposed on November 20, 2009: the defendant shall enroll in and successfully complete a residential drug treatment program, as directed by the probation officer, to be followed by a program of testing and treatment for drug and/or alcohol abuse and participate in a program of mental health treatment and/or counseling, as directed by the Probation Office; and the offender shall make restitution to Regions Bank in the total amount of $7,797.34 (less any payments previously made), in minimum monthly payments of $100.**

Special Conditions:  **<span style="color:red">If this defendant originally received probation please remember to include all criminal monetary penalties with this judgment.</span>**

> *For offenses committed on or after September 13, 1994:*   The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

(**X**)     **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.  The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**The defendant shall not commit another federal, state or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall comply with the standard conditions that have been adopted by this court (Probation Form 7A).**
**The defendant shall also comply with the additional conditions on the attached page (if applicable).**

> ## See Page 4 for the
> ## "STANDARD CONDITIONS OF SUPERVISION"

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 3 - Supervised Release

Defendant: **TEMEKA L. BRADLEY**
Case Number: **CR 08-00297-KD**

# SUPERVISED RELEASE

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report   within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of       the prob. officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for           schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or           employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use,           distribute, or administer any controlled substance or any paraphernalia related to any controlled           substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed,       or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate       with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and       shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned
          by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law           enforcement agency without   the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be           occasioned by the defendant's criminal record or personal history or characteristics, and shall permit
          the probation officer to make such notifications and to confirm the defendant's compliance with such    notification requirement.
14) the defendant shall cooperate, as directed by the probation officer, in the collection of DNA, if           applicable, under the provisions of 18 U.S.C. §§ 3563(a)(9) and 3583(d) for those defendants           convicted of qualifying offenses.